IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERT MORELION,

    Plaintiff,               No. 2:10-cv-2986 KJN P

    vs.

M. McDONALD, et al.,

    Defendants.         <u>ORDER</u>

        Plaintiff has consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). (Dkt. No. 5.) By order filed April 29, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: June 30, 2011

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

more2986.fta